Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

JULY 23, 20 15

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | CR15-5351 RJB<br><br>INDICTMENT |

The Grand Jury charges that:

## COUNT 1
### (Possession of Child Pornography)

On or about July 10, 2015, at Vancouver, within the Western District of Washington, and elsewhere, JAY MICHAUD did knowingly possess matter that contained visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed and shipped and transported in and affecting interstate and

INDICTMENT/*United States v. Michaud*- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

foreign commerce by any means, including by computer, and the images of child pornography involved include images of a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United State Code, Section 2252(a)(4) and 2252(b)(2).

## COUNT 2
### (Receipt of Child Pornography)

On a date unknown, but between February 21, 2015 and March 2, 2015, at Vancouver, within the Western District of Washington, and elsewhere, JAY MICHAUD did knowingly receive, and attempt to receive, visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, using any means and facility of interstate and foreign commerce and which images had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, JAY MICHAUD shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any property, real or personal, used or intended to be used to commit or promote the commission of such offenses, or any property traceable to such property, and any and all visual depictions as described in Title 18, United States Code, Sections 2251, 2252, and 2252A, which were produced, transported, mailed, shipped, or received, in violation of Chapter 110, Title 18, United States Code, including but not limited to:

   a. Any and all images of child pornography, in whatever format and however stored;

INDICTMENT/*United States v. Michaud*- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      b. a SanDisk Ultra USB 3.0 32 Gigabyte thumb drive;

2      c. a SanDisk Cruzer 2 Gigabyte flashdrive.

3

4   A TRUE BILL:

5   DATED: 7-23-15

6

7   *Signature of foreperson redacted*
8   *pursuant to the policy of the Judicial*
   *Conference of the United States*

9   _____
10  FOREPERSON

11  /s/
12  ANNETTE L. HAYES
13  United States Attorney

14  /s/
15  _____
   MICHAEL DION
16  Assistant United States Attorney

17
18  /s/
   _____
   S. KATE VAUGHAN
19  Assistant United States Attorney

20
21
22
23
24
25
26
27
28

INDICTMENT/*United States v. Michaud*- 3