___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

JUL 23 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAY MICHAUD,

    Defendant.

CR15-5351 RJB

ORDER CONTINUING
CONDITIONS OF RELEASE

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that conditions of release be continued as previously set.

DATED this 23rd day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING – 1
CONDITIONS OF RELEASE

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970