The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-05351 RJB |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO SEAL |
| | *Noting Date: August 21, 2015* |
| JAY MICHAUD, | |
| Defendant. | |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and S. Kate Vaughan, Assistant United States Attorney for said district, files this Motion to Seal.

The government requests that the Stipulated Motion for Entry of Discovery Protective Order, in the above-captioned matter, which will be filed under seal subsequent to the filing of this motion, be allowed to remain under seal as it contains sensitive information.

//
//
//
//

Government's Motion to Seal
United States v. Rivers; CR15-05351 RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 10th day of August, 2015. |

                                                  Respectfully Submitted,

ANNETTE L. HAYES
United States Attorney

*s/ S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone:   206-553-7970
Fax:                206-553-0755
E-mail:         kate.vaughan@usdoj.gov

Government's Motion to Seal
United States v. Rivers; CR15-05351 RJB - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on August 10, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Rebecca Eaton*
REBECCA EATON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-5127
Fax: 206-553-0755
E-mail: rebecca.eaton@usdoj.gov

Government's Motion to Seal
United States v. Rivers; CR15-05351 RJB - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970