JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351 RJB |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF APPEARANCE OF COUNSEL |
| JAY EVERETT MICHAUD, | ) | |
| Defendant. | ) | |

NOTICE IS HEREBY GIVEN that Colin Fieman appears as co-counsel for Jay Everett Michaud. It is requested that notice of all filings be served upon the undersigned.

DATED this 2nd day of September, 2015.

Respectfully submitted,

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Jay Everett Michaud

NOTICE OF APPEARANCE
(*United States v. Michaud*; CR15-5351 RJB) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

*s/ Jessica Cvitanovic*
Legal Assistant
Federal Public Defender

NOTICE OF APPEARANCE
(*United States v. Michaud*; CR15-5351 RJB) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**