Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-5351RJB<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL |

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Matthew H. Thomas, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Additional Counsel in the above-referenced matter.

///
///
///
///
///

GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 1
*U.S. v. Jay Michaud*, Case No. CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  AUSA Matthew H. Thomas will now appear on behalf of the United States in this
2  cause, in addition to Assistant United States Attorney Kate S. Vaughan. Undersigned
3  counsel respectfully requests that all pleadings, court documents, and correspondence be
4  forwarded to the following:

> MATTHEW H. THOMAS
> Assistant United States Attorney
> United States Attorney's Office
> 1201 Pacific Avenue, Suite 700
> Tacoma, WA 98402
> Telephone: (253) 428-3800
> Facsimile: (253) 428-3826
> E-mail: Matthew.H.Thomas@usdoj.gov

DATED this 14th day of September, 2015.

> Respectfully submitted,
>
> ANNETTE L. HAYES
> United States Attorney
>
> /s/ Matthew H. Thomas
> MATTHEW H. THOMAS
> Assistant United States Attorney
> United States Attorney's Office
> 1201 Pacific Avenue, Suite 700
> Tacoma, WA 98402
> Telephone: (253) 428-3800
> Facsimile: (253) 428-3826
> E-mail: Matthew.H.Thomas@usdoj.gov

GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 2
U.S. v. Jay Michaud, Case No. CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 **CERTIFICATE OF SERVICE**

2     I hereby certify that on September 17, 2015, I electronically filed the foregoing
3 with the Clerk of the Court using the CM/ECF system which will send notification of
4 such filing to the attorney of record for the defendant.

5
6         s/ Ellaine M. Wi
        ELLAINE M. WI
7         FSA Paralegal III to
8           MATTHEW H. THOMAS
        United States Attorney's Office
9         1201 Pacific Avenue, Suite 700
10         Tacoma, WA  98402
        Telephone:  (253) 428-3800
11         Facsimile:  (253) 428-3826
12         E-mail:  Ellaine.Wi@usdoj.gov

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 3
*U.S. v. Jay Michaud*, Case No. CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800