JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR15-5351RJB |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT OF COUNSEL IN |
| v. | ) | SUPPORT OF MOTION TO |
| | ) | SUPPRESS EVIDENCE |
| JAY MICHAUD, | ) | |
| Defendant. | ) | |

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss. |
| COUNTY OF PIERCE | ) |

Colin Fieman, being first duly sworn and upon oath, deposes and states as follows:

1.      This affidavit is submitted in support of the motion and memorandum to suppress evidence filed in the above-captioned case.  The facts alleged in the motion and memorandum are based on discovery provided by the Government, documents filed by the Government in other proceedings, and the defense investigation.


_s/ Colin Fieman_
Colin Fieman

SUBSCRIBED AND SWORN to before me this 16th day of October, 2015.


_s/ Amy Strickling_
Amy Strickling
Notary Public in and for the State of Washington.
Residing at Tacoma.
My appointment expires: 07/09/19

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**