JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR15-5351RJB |
| Plaintiff, ) | |
| ) | MOTION TO SEAL DOCUMENT |
| v. ) | |
| ) | **Noted: October 30, 2015** |
| JAY MICHAUD, ) | |
| Defendant. ) | |

The defendant, Jay Michaud, through counsel, moves this Court to order that Exhibits A-D to Defendant's Motion and Memorandum of Law in Support of Motion to Suppress Evidence be filed under seal and secured from public access until further order of the Court. This motion is based on the sensitive and confidential nature of information contained in the document, which if made public could result in irreparable harm to the defendant. The right of access is outweighed by the interests of both the public and the parties in protecting the substance of this document from public view. There is compelling reason to order that Exhibits A-D be sealed.

DATED this 16th day of October 2015.

Respectfully submitted,

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Jay Michaud

MOTION TO SEAL DOCUMENT
(*United States v. Michaud;* CR15-5351RJB.) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

s/ Amy Strickling
Paralegal
Federal Public Defender Office

MOTION TO SEAL DOCUMENT
(*United States v. Michaud;* CR15-5351RJB.) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**