The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR15-5351 RJB |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO CONTINUE RESPONSE AND REPLY DEADLINE FOR DEFENDANT'S MOTION TO SUPPRESS |
| JAY MICHAUD, | |
| Defendant. | |

After consideration of the above motion seeking an extension of the period for the filing of the government's response the Defendant's Motion to Suppress be extended to November 16, 2015, and Defendant's reply be extended to November 30, 2015, said motion for extension is hereby GRANTED.

DATED this 26th  of October, 2015.

ROBERT J. BRYAN
United States District Judge

Presented by:

s/S. Kate Vaughan
S. KATE VAUGHAN
Assistant United States Attorney

ORDER TO CONTINUE RESPONSEAND REPLY DEADLINE- 1
*United States v. Michaud* (CR15-5351RJB)- 1