The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-05351-RJB<br><br>**GOVERNMENT'S MOTION FOR IN-CAMERA REVIEW**<br><br>*Noting Date: November 20, 2015* |

The Government respectfully requests the Court's permission to file a sealed letter for *in-camera review, ex parte*. This letter will provide specific and articulable details related to an ongoing criminal investigation into the users of a website dedicated to the advertisement and distribution of child pornography that is related to this case, as further evidence of why vacating or modifying the stipulated Protective Order would seriously jeopardize the ongoing investigation into targets who engage in the sexual exploitation and abuse of children.

Rule 16 gives the court authority to deny, restrict or defer discovery upon a sufficient showing. The Ninth Circuit has approved a court's use of *in camera* review in order to protect the "[g]overnment's interest in having FBI documents, which relate to an ongoing investigation, remain confidential." *Meridian Int'l Logistics, Inc. v. United States*, 939 F.2d 740, 745 (9th Cir.

Government's Motion for In-Camera Review - 1
U.S. v. MICHAUD /CR15-05351-RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1991). Such authority to review materials *in camera* has also been recognized, among other contexts, where there is a "need . . . to keep sensitive information from the opposing party," <u>United States v. Thompson</u>, 827 F.2d 1254, 1258 (9th Cir. 1987), to determine whether to reveal the identity of a government informant, *see, e.g., United States v. McLaughlin,* 525 F.2d 517, 519 (9th Cir. 1975), and to determine whether requested materials are subject to disclosure pursuant to *Brady v. Maryland*. *See United States v. Dupuy*, 760 F.2d 1492, 1501 (9th Cir. 1985) (*in camera* review of plea bargain notes); *United States v. Hsieh Hui Mei Chen*, 754 F.2d 817, 824 (9th Cir. 1985) (*in camera* review of Border Patrol report).

At least one court has specifically used *in camera* review in the exact context as this case – where law enforcement seeks a protective order relating to information that could jeopardize an ongoing investigation. *See United States v. Smith*, 985 F. Supp. 2d 506, 530 (S.D.N.Y. 2013) (granting protective order after *in camera* review of letter containing specific details of ongoing investigation). In that case, the Government sought a protective order under Rule 16(d), explaining that "disclosure of the discovery materials might impede its ongoing investigations." 985 F. Supp. 2d 506, 530 (S.D.N.Y. 2013) (internal quotation marks omitted). "In particular, the Government contended that public dissemination of the discovery materials '[would] alert possible subjects of the investigation to the Government's interest in them,' and [would] 'compromise the ability of individuals named in the discovery to assist the Government in its continuing efforts to ferret out wrongdoing by putting subjects on notice of the risk that these individuals [were] cooperating with law enforcement authorities.'" *Id.* at 530–31. The district court observed that "materials, including even judicial documents which are presumptively accessible, can be kept from the public if their dissemination might 'adversely affect law enforcement interests.'" *Id.* at 531 (quoting *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d

Government's Motion for In-Camera Review - 2
U.S. v. MICHAUD /CR15-05351-RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Cir. 1995)). "Thus, where public disclosure of certain materials might officially reveal the sources and methods law-enforcement officials have used, and will continue to use, to investigate other criminal conduct related to the publicly filed charges, courts have found it appropriate to enter a protective order." *Id.* (citing cases).

In *Smith*, the government provided a sealed letter for *in camera* review in which it "provided specific details of ongoing investigations that [were] related to the discovery materials . . . in [the] case." *Id.* The court found that "the letter adequately establishe[d] both that there [were] ongoing investigations into criminal conduct related to the discovery materials . . . and that public disclosure of some of these materials plausibly could undermine these investigations" by "reveal[ing] the targets of the investigations and the suspected criminal conduct being investigated," "disclos[ing] the type of evidence being collected," and "officially confirm[ing] who some of the cooperating witnesses in the[] investigations [were]." *Id.* at 531–32. That information, "should it become publicly available," the court concluded, "could alert the targets of the investigation and could lead to efforts by them to frustrate the ongoing investigations." *Id.* at 532. The government requests that the Court allow it to follow the same procedure here.

//

//

//

Government's Motion for In-Camera Review - 3
U.S. v. MICHAUD /CR15-05351-RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

For the above-stated reasons, the United States respectfully requests permission to file sealed letter for *in-camera review, ex parte*.

DATED this 6th day of November, 2015.

    Respectfully submitted,
    ANNETTE L. HAYES
    United States Attorney

    */s/S. Kate Vaughan*
    S. KATE VAUGHAN
    Assistant United States Attorney

    *s/Keith A. Becker*
    KEITH BECKER
    Trial Attorney

    NY Bar Number: 4287967
    Attorney for Plaintiff
    U.S. Department of Justice,
    Criminal Division
    Child Exploitation and Obscenity Section
    1400 New York Ave. NW, Sixth Floor
    Washington DC, 20005
    Telephone: (202) 305-4104
    Fax: (202) 514-1793
    E-Mail: Keith.Becker@usdoj.gov

Government's Motion for In-Camera Review - 4
U.S. v. MICHAUD /CR15-05351-RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

# CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Rebecca Eaton*
REBECCA EATON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-5127
Fax: 206-553-0755
E-mail: rebecca.eaton@usdoj.gov

Government's Motion for In-Camera Review - 5
U.S. v. MICHAUD /CR15-05351-RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800