

**COMCAST**

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

March 9, 2015

**VIA FACSIMILE**

MAPA Mary Cramer
Federal Bureau of Investigation
Mail Stop: LIN-3
935 Pennsylvania Avenue Northwest
Washington, DC 20535
**Fax: (410) 981-8672**

Re: Subpoena - 124275
Comcast File #: 635218

Dear MAPA Cramer:

The Subpoena received on 3/9/2015 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP address: 73.164.163.63 assigned on 2/28/2015 at 5:20 (UTC).

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

| | |
|---|---|
| Subscriber Name: | JAY MICHAUD |
| Service Address: | 2201 NE 112TH AVE UNIT D39<br>VANCOUVER, WA 98684 |
| Billing Address: | 2201 NE 112TH AVE APT D39<br>VANCOUVER, WA 98684-4256 |
| Telephone #: | 360-977-8555 |
| Type of Service: | High Speed Internet Service |
| Account Number: | 8778101014138548 |
| Length of Service: | Connected – 09/18/2013 – Disconnected – 06/18/2014<br>Reconnected – 10/01/2014 |
| Account Status: | Active |
| IP Assignment: | Dynamically Assigned |
| IP History: | See Attached |
| E-mail User Ids: | MICHAUD8548<br>(the above user ID(s) end in @comcast.net) |
| Method of Payment: | Statement sent to above address |

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center