JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) | |
| v. | ) | AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO DISMISS INDICTMENT |
| JAY MICHAUD, | ) | |
| Defendant. | ) | |

STATE OF WASHINGTON    )
                      ) ss.
COUNTY OF PIERCE       )

Colin Fieman, being first duly sworn and upon oath, deposes and states as follows:

1. This affidavit is submitted in support of the motion and memorandum to dismiss indictment filed in the above-captioned case. The facts alleged in the motion and memorandum are based on discovery provided by the Government, documents filed by the Government in other proceedings, and the defense investigation.

*s/ Colin Fieman*
Colin Fieman

SUBSCRIBED AND SWORN to before me this 20th day of November, 2015.

*s/ Amy Strickling*
Amy Strickling
Notary Public in and for the State of Washington.
Residing at Tacoma.
My appointment expires: 07/09/19

AFFIDAVIT OF COUNSEL IN SUPPORT OF
MOTION TO DISMISS INDICTMENT
(*United States v Michaud; CR15-5351RJB*) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710