JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-5351RJB |
| Plaintiff, | |
| v. | CERTIFICATION OF COMPLIANCE TO CrR 16 IN SUPPORT OF MOTION TO COMPEL DISCOVERY |
| JAY MICHAUD, | |
| Defendant. | |

COLIN FIEMAN, hereby certifies that:

The facts alleged in the Motion and Memorandum in Support of Motion to Compel Discovery are true and correct;

1. On July 14, 2015 the defense served omnibus discovery requests on the Government.

2. Supplemental discovery requests were served on the Government on September 9, September 23 and October 22, 2015. A copy of the October 22 discovery request letter is attached as exhibit A to Mr. Michaud's Motion to Compel discovery.

3. The parties (represented by myself and AUSA Kate Vaughan) held discovery conferences on October 29 and November 4, 2015.

///

CERTIFICATE OF COMPLIANCE
(*United States v Michaud; CR15-5351RJB*) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

4. Despite engaging in discovery conferences and discussing the subject matter of this discovery motion with opposing counsel, we have been unable to reach agreement on resolution of the defense's requests for additional discovery.

DATED this 20 day of November, 2015.

*s/ Colin Fieman*
Colin Fieman
Assistant Federal Public Defender

CERTIFICATE OF COMPLIANCE
(*United States v Michaud; CR15-5351RJB*) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**