The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-5351-RJB<br><br>ORDER TO SEAL |

Having read the United States' Response to Defendant's Motion to Suppress and Exhibits in the above-captioned case, which were filed under seal, and Government's Motion to Seal requesting that the United States' Response to Defendant's Motion to Suppress and Exhibits be allowed to remain under seal,

It is hereby ORDERED that the United States' Response to Defendant's Motion to Suppress and Exhibits in this matter shall remain sealed.

DATED this 23 day of Nov, 2015.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge

Order to Seal
United States v. Michaud; CR15-5351-RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970