JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| JAY MICHAUD, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Colin Fieman to file Exhibit B in Support of Defendant's Motion and Memorandum of Law in Support of Motion to Dismiss Indictment under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file Exhibit B under seal.

IT IS HEREBY ORDERED that Exhibit B be filed under seal.

DATED this 4th day of December, 2015.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Jay Michaud

ORDER TO SEAL DOCUMENT
(*United States v. Michaud;* CR15-5351RJB.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710