The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-5351 RJB<br><br>ORDER GRANTING EXTENSION OF FILING DEADLINES FOR THE UNITED STATES' RESPONSES TO DEFENDANT'S MOTION TO COMPEL, MOTION TO DISMISS AND SECOND MOTION TO SUPPRESS, AND DEFENDANT'S REPLY BRIEFS |

After consideration of the above motion seeking an extension of the period for the filing of the government's response briefs to the Defendant's Motion Compel, as follows:

Government response date:   December 4, 2015

Defense reply date:   December 11, 2015

Hearing date:   **December 14, 2015, at 10:30 a.m.**

and the government's response briefs to Defendant's Motion to Dismiss, and Second Motion to Suppress, and Defendants reply briefs, as follows:

Government response date:   December 21, 2015

Defense reply date:   January 11, 2016

Hearing date:   **January 22, 2016, at 9:30 a.m.** (in conjunction with the hearing on Defendant's first Motion to Suppress)

1
2  said motion for extension is hereby GRANTED.
3
4             DATED this 7th day of December, 2015.
5
6
7
8
9
10                                          _____
                                            ROBERT J. BRYAN
11                                          United States District Judge
12
13  Presented by:
14  *s/S. Kate Vaughan*
    S. KATE VAUGHAN
15  Assistant United States Attorney
16
17
18
19
20
21
22
23
24
25
26
27
28