Judge Robert J. Bryan

1

2

3

4

5

6

7          UNITED STATES DISTRICT COURT FOR THE
8              WESTERN DISTRICT OF WASHINGTON
                        AT TACOMA
9

10   UNITED STATES OF AMERICA,          NO. CR15-5351RJB

11                 Plaintiff,

12                                       GOVERNMENT'S NOTICE OF
                                         APPEARANCE OF COUNSEL
13          v.

14

15

16   JAY MICHAUD,

17                 Defendant.

18

19        The United States of America, by and through Annette L. Hayes, United States

20   Attorney for the Western District of Washington, and André M. Peñalver, Assistant

21   United States Attorney for said District, hereby submits this Notice of Appearance of

22   Counsel in the above-referenced matter.

23        The above-captioned matter has been assigned to André M. Peñalver, Assistant

24   United States Attorney.   Undersigned counsel respectfully requests that all pleadings,

25   court documents, and correspondence be sent to the attention of the undersigned at the

26   address noted below.

27   //

28   //

1

DATED this 15th day of December, 2015.

2

3

Respectfully submitted,

4

ANNETTE L. HAYES
United States Attorney

5

6

_/s/ André M. Peñalver_

7

ANDRÉ M. PEÑALVER

8

Assistant United States Attorney
United States Attorney's Office

9

1201 Pacific Avenue, Suite 700

10

Tacoma, Washington 98402
Phone:  (253) 428-3822

11

E-mail:  André.Peñalver@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE – 2
U.S. v. MICHAUD/CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

*/s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-4345
Fax:      (206) 553-4440
E-mail:  Salee.Porter@usdoj.gov

NOTICE OF APPEARANCE – 3
U.S. v. MICHAUD/CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800