The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAY MICHAUD,<br>Defendant. | NO. CR15-5351RJB<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Please take notice that S. Kate Vaughan, Assistant United States Attorney, hereby files this Notice of Withdrawal of Counsel. Assistant United States Attorney André M. Peñalver has filed a Notice of Appearance and remains as counsel for the Government in the above-captioned matter.

//

//

//

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

DATED this 15th day of December, 2015.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*s/ S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: 206-553-4148
Facsimile: 206-553-0882
E-Mail: kate.vaughan@usdoj.gov

NOTICE OF WITHDRAWAL / MICHAUD
(CR15-5351RJB) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Rebecca Eaton*

REBECCA EATON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-5127
Fax: 206-553-0882
Email: rebecca.eaton@usdoj.gov

NOTICE OF WITHDRAWAL / MICHAUD
(CR15-5351RJB) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970