The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-5351RJB |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |
| JAY MICHAUD, | |
| Defendant. | |

The United States of America, by and through its attorney Annette L. Hayes, United States Attorney for the Western District of Washington, and Matthew P. Hampton, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

//
//
//
//
//
//

NOTICE OF APPEARANCE – MICHAUD - 1
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

1  Assistant United States Attorney MATTHEW P. HAMPTON is now counsel on
2  behalf of the United States and respectfully requests that all pleadings, court documents, and
3  correspondence be forwarded to the below-listed AUSA:

4  
MATTHEW P. HAMPTON
United States Attorney's Office
5  700 Stewart Street, Suite 5220
6  Seattle, Washington 98101-1271
Fax Number: (206) 553-0882
7  

8  Dated this 15th Day of December, 2015.
9  
Respectfully submitted,
10  ANNETTE L. HAYES
United States Attorney
11  
12  *s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
13  Assistant United States Attorney
14  United States Attorney's Office
700 Stewart Street, Suite 5220
15  Seattle, Washington 98101-1271
16  Phone: 206-553-6677
Fax Number: 206-553-4073
17  Email:  matthew.hampton@usdoj.gov

18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE – MICHAUD - 2
CR15-5351RJB

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

*/s/ Rebecca Eaton*
REBECCA EATON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-5127
Fax: 206-553-0882
Email: rebecca.eaton@usdoj.gov

NOTICE OF APPEARANCE – MICHAUD - 3
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970