# EXHIBIT 1




# EXHIBIT 2

Home   Playpen Upload Sites   Staff List   Login   Register

**Playpen** — Welcomes You
No Cross-Board Posts
7Z Preferred
Encrypt File-Names
Include Preview

Welcome, **Guest**. Please login or register.
Login with username, password and session length

You are Here:   Playpen

**Warning!**
Only registered members are allowed to access this section.
Please login below or register an account with Playpen.

**Login**

Username:
Password:
Minutes to stay logged in: 60
Always stay logged in:

Login

Forgot your password?

Links on Playpen Are protected by 'Magic Armore'
Please don't copy and paste here
Just click.

PLAY PEN CHAT