The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-05351 RJB |
|---|---|
| Plaintiff | |
| v. | STIPULATED MOTION FOR ENTRY OF DISCOVERY PROTECTIVE ORDER |
| JAY MICHAUD, | **(FILED UNDER SEAL)** |
| Defendant. | *Noting Date: January 5, 2016* |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, Matthew P. Hampton and Andre M. Penalver, Assistant United States Attorneys for said District, Defendant, JAY MICHAUD, and his attorneys, Colin Fieman and Linda Sullivan, file this motion for entry of a Discovery Protective Order.

Defendant Jay Michaud was charged by Indictment on July 23, 2015, with Receipt and Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2) and (a)(4)(B). These charges followed a search of his residence and seizure of computers and digital devices that contained illicit child pornography. The FBI identified Michaud as a suspect during a larger investigation into a child

STIPULATED MOTION FOR ENTRY OF DISCOVERY PROTECTIVE ORDER/
*United States v. Jay Michaud*
CR15-05351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

pornography website, "Website A" (not the true name of the website), which operated on the anonymous Tor network.

In response to a discovery request, the government has agreed to provide to the defense and its expert certain information related to a court-authorized Network Investigative Technique ("NIT"). This material includes law enforcement sensitive items related to an ongoing investigation and material that may reveal sensitive information about investigative techniques used in an ongoing investigation. It may also reveal information concerning investigative techniques that may be used in future investigations. The current investigation continues into users of "Website A," which is a website that operated on an anonymizing network for the purpose of distributing child pornography. The operation involves the identification and prosecution of hundreds of targets across the United States who used Website A to access, post, and download child pornography. Access to the government's investigative materials including search warrant affidavits, reports of investigation, witness statements, court orders, and seized electronic data could seriously jeopardize those continuing investigations by identifying the true name of Website A and thus the alert potential targets of the law enforcement investigation and prosecution. Further, dissemination of these discovery materials would reveal highly sensitive investigative methods employed by law enforcement agents to identify Website A users.

The government requests that the NIT Discovery Protective Order require that the discovery items identified as NIT Protected Material, or information contained therein, are not disseminated to anyone other than defense counsel, members of the defense team within the office of the Federal Defender, and Vlad Tsyrklevich—an expert retained to assist the defense team. As proposed in the Protective Order, defense counsel and his litigation team may show and display the items listed and marked as NIT Protected Material, or information contained therein, to the Defendant, but may not provide a copy of the NIT Protected Material, or information contained therein, to the Defendant or third parties to keep and maintain in their possession.

STIPULATED MOTION FOR ENTRY OF DISCOVERY PROTECTIVE ORDER/
*United States v. Jay Michaud*
CR15-05351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Any NIT Protected Material, or information contained therein, that is filed with
2   the Court in connection with pre-trial motions, trial, sentencing, or other matter before
3   this Court, shall be filed under seal and shall remain sealed until otherwise ordered by
4   this Court.  This does not entitle either party to seal their filings as a matter of course.
5   The parties are required to comply in all respects to the relevant local and federal rules of
6   criminal procedure pertaining to the sealing of court documents.
7   The parties further request that the protective order require that upon termination
8   of this case, any NIT Protected Material, or information contained therein, along with any
9   copies, be returned to the United States or destroyed.
10  Any violation of any term or condition of the Proposed Order by the Defendant,
11  his attorney(s) of record, Mr. Tsyrklevich, any member of the defense team, or any
12  representative for the Department of Justice, may be held in contempt of court, and/or
13  may be subject to monetary or other sanctions as deemed appropriate by this Court.
14  This Motion and the proposed Protective Order is submitted for the purpose of
15  insuring that sensitive information contained in the discovery and/or any matters
16  occurring before the grand jury are not disseminated to third parties.  For these reasons,

STIPULATED MOTION FOR ENTRY OF DISCOVERY PROTECTIVE ORDER/
*United States v. Jay Michaud*
CR15-05351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  the United States and Jay Michaud request this Court to authorize the proposed
2  Discovery Protective Order.

        Dated this 5th day of January, 2016.

                                              Respectfully submitted,


                                               /s/ Matthew P. Hampton
                                              MATTHEW P. HAMPTON
                                              ANDRE M. PENALVER
                                              Assistant United States Attorneys
                                              700 Stewart Street, Suite 5220
                                              Seattle, WA 98101-1271
                                              Phone No.:   (206) 553-7970;
                                              Fax No.:     (206) 553-0755
                                              Email: Matthew.Hampton@usdoj.gov


                                              Attorneys for Defendant


                                               /s/ Colin Fieman
                                              LINDA SULLIVAN
                                              COLIN FIEMAN

STIPULATED MOTION FOR ENTRY OF DISCOVERY PROTECTIVE ORDER/
*United States v. Jay Michaud*
CR15-05351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/ Rebecca Eaton*
REBECCA EATON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-5127
Fax: 206-553-0755
E-mail: rebecca.eaton@usdoj.gov

STIPULATED MOTION FOR ENTRY OF DISCOVERY PROTECTIVE ORDER/
*United States v. Jay Michaud*
CR15-05351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970