Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAY MICHAUD, <br><br> Defendant. | NO. CR15-5351 RJB <br><br> ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY |

The Court having reviewed the Government's Motion for Leave to File Surreply enters the following order:

IT IS HEREBY ORDERED that leave is GRANTED. The Government may file a surreply to the defendant's First Motion to Suppress.

DATED this 5th day of January, 2016.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
ANDRE M. PENALVER
Assistant United States Attorneys

ORDER FOR LEAVE FOR SURREPLY
(*United States v. Michaud*, CR14-5351 RJB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800