Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>       v.<br><br>JAY MICHAUD,<br><br>          Defendant. | NO. CR15-5351 RJB<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF 6 PAGES |

The Court having reviewed the Government's Motion to File a Response in Excess of Six Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED.  The Government may file a Surreply to Defendant's Motion to Suppress Evidence and Statements that does not exceed 8 pages in length.

DATED this 5th day of January, 2016 .

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
ANDRE M. PENALVER
MATTHEW P. HAMPTON
Assistant United States Attorneys