Judge Robert J. Bryan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAY MICHAUD,

Defendant.

NO. CR15-5351 RJB

ORDER GRANTING UNITED STATES'
MOTION FOR LEAVE TO FILE
SURREPLY

The Court having reviewed the Government's Motion for Leave to File Surreply

enters the following order:

IT IS HEREBY ORDERED that leave is GRANTED.  The Government may file a

surreply to the defendant's First Motion to Suppress.

DATED this 5th day of  January, 2016.

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
ANDRE M. PENALVER

ORDER FOR LEAVE FOR SURREPLY
(*United States v. Michaud*, CR14-5351 RJB) - 1

1 | Assistant United States Attorneys
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER FOR LEAVE FOR SURREPLY
(*United States v. Michaud*, CR14-5351 RJB) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800