The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-05351 RJB<br><br>ORDER TO SEAL |

Having read the Government's Surreply to Defendant's Motion to Suppress in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Surreply to Defendant's Motion to Suppress be allowed to remain under seal,

It is hereby ORDERED that the Government's Surreply to Defendant's Motion to Suppress in this matter shall remain sealed.

DATED this 5th day of January, 2016.

*[signature]*
ROBERT J. BRYAN
United States District Judge

Presented by:

/s/ Matthew P. Hampton
MATTHEW P. HAMPTON
ANDRE M. PENALVER
Assistant United States Attorneys