The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAY MICHAUD, <br><br> Defendant. | NO. CR15-05351 RJB <br><br> ORDER TO SEAL |

Having read the Stipulated Motion for Entry of Discovery Protective Order in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Stipulated Motion for Entry of Discovery Protective Order be allowed to remain under seal,

It is hereby ORDERED that the Stipulated Motion for Entry of Discovery Protective Order in this matter shall remain sealed.

DATED this 5th day of January, 2016.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

Order to Seal
United States v. Michaud; CR15-05351 RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970