JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DEFENDANT'S CONSOLIDATED RESPONSE TO MOTION FOR RECONSIDERATION |
| JAY MICHAUD, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Colin Fieman to file Defendant's Consolidated Response to Motion for Reconsideration under seal. The Court has considered the motion and records in this case and finds that here are sufficient reasons to file the response and exhibits under seal, pending further review of the relevant sealing orders by the Court.

IT IS HEREBY ORDERED that Defendant's Consolidated Response to Motion for Reconsideration and attached exhibits be filed under seal.

DATED this 26th day of April, 2016.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:
s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Jay Michaud

ORDER TO SEAL DOCUMENT
(*United States v. Michaud;* CR15-5351RJB.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710