JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENSE |
| v. | ) | MOTION TO FILE OVERLENGTH |
| | ) | CONSOLIDATED RESPONSE |
| JAY MICHAUD, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the motion of the Defense to file a Consolidated Response to the Government's Motion for Reconsideration, Renewed Motions for Ex Parte and In Camera Proceedings, and Defense Second Motion to Dismiss Indictment, in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is granted for the defendant to file a Consolidated Response to the Government's Motion for Reconsideration, Renewed Motions for Ex Parte and In Camera Proceedings, and Defense Second Motion to Dismiss Indictment not to exceed 25 pages.

IT IS SO ORDERED.

DONE this 26th day of April, 2016.

ROBERT J. BRYAN
United States District Judge

Presented by:
s/ *Colin Fieman*
Assistant Federal Public Defender

ORDER GRANTING MOTION
TO FILE OVERLENGTH RESPONSE
(*United States v. Michaud; CR15-5351RJB*) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710