UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs,<br><br>JAY MICHAUD,<br><br>　　　　Defendant. | CR15-5351RJB<br><br>**MINUTE ORDER** |

NOW, on this 12th day of May, 2016, the Court directs the Clerk to enter the following Minute Order:

Plaintiff's Motion to Reconsider Order Granting Defendant's Third Motion to Compel and for Leave to Submit Rule 16(d)(1) Filing Ex Parte and In Camera (Dkts 165, 168) is GRANTED. After submission of In Camera presentation, the Order Granting Third Motion for Discovery (Dkt 161) is VACATED only to the extent that Plaintiff need not disclose the subject discovery. Plaintiff's Motion to Strike Declarations or Continue Hearing (Dkt 193) is DENIED IN PART AND GRANTED IN PART, as stated orally on the record.

The following briefing schedule is set for Defendant's second motion to dismiss indictment (Dkt 187) and/or sanctions: Plaintiff's response is due by May 19, 2016. Defendant's reply is due by May 23, 2016. Oral argument will be held on May 25, 2016, at 9:30 a.m.

The foregoing Minute Order entered BY DIRECTION OF THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.