The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-5351 RJB |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF |
| JAY MICHAUD, | |
| Defendant. | |

The Court having reviewed the Government's Motion for Leave to File Over Length Brief enters the following order:

IT IS HEREBY ORDERED that leave is GRANTED. The Government may file the brief ordered by the Court at the May 6, 2016 hearing totaling fourteen pages in length.

DATED this 20th day of May, 2016.

*[signature]*
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER FOR LEAVE TO FILE OVER LENGTH BRIEF - 1
*United States v. Michaud*, CR15-5351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970