FILED

JAN 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Appellant,<br><br>v.<br><br>JAY MICHAUD,<br><br>  Defendant-Appellee. | No. 16-30163<br><br>D.C. No. 3:15-cr-05351-RJB<br>Western District of Washington,<br>Tacoma<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 6) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Don Lewis
Deputy Clerk
Ninth Circuit Rule 27-7

DL/AppComm Direct Criminal